No. 438. TRAFFIC TELEPHONE WORKERS' FEDERATION ET AL. *v.* DRISCOLL, GOVERNOR, ET AL.

*Per Curiam:* The appeal is dismissed for want of jurisdiction. Judicial Code, § 266. Dissenting: MR. JUSTICE BLACK and MR. JUSTICE REED. *Israel B. Greene* for appellants.

No. 9. NATIONAL LABOR RELATIONS BOARD *v.* KEYSTONE STEEL & WIRE CO. ET AL.

*Per Curiam:* On consideration of the joint motion and stipulation of the parties that a mandate issue to the Circuit Court of Appeals directing that court to modify its judgment in the form agreed upon in the stipulation, the judgment of the Circuit Court of Appeals is vacated and the cause is remanded to that court for consideration of the stipulation. *Solicitor General Perlman* for petitioner. *Hugh Fulton* for the Keystone Steel & Wire Co., respondent.